1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister, Jr., Esq., SBN 111282
2  Mark Potter, Esq., SBN 166317
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, SBN 279082
   <u>Mail</u>: PO Box 262490
4  San Diego, CA 92196-2490
   <u>Delivery</u>: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com

7  Attorneys for Plaintiff, WALTER E SANCHEZ

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12 | WALTER E. SANCHEZ,              ) Case No.: 2:14-CV-04015-BRO-FFM
13 |         Plaintiff,              )
14 |    v.                           ) **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON**
15 | WILLIAM N. HALLMAN;             )
   | KATHLEEN L. HALLMAN;            )
16 | DAVN GAS, INC., a California    )
   | Corporation; and Does 1-10,     )
17 |                                 )
   |         Defendants.             )
18 |                                 )

19

20

21     The plaintiff hereby notifies the court that a global settlement has been reached
22 in the above-captioned case. The settlement agreement has been drafted and is
23 circulating for execution. The plaintiff respectfully make this request because a
24 settlement has been reached and the parties would like to avoid any further expense and
25 any further use of valuable court resources.

26

27

28

Notice of Settlement              -1-              2:14-CV-04015-BRO-FFM

1  The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
2  dates with the expectation that the Stipulation for Dismissal with prejudice as to all
3  parties will be filed within 45 days.

CENTER FOR DISABILITY ACCESS

Dated: July 30, 2014          /s/ Mark D. Potter
                              Mark D. Potter
                              Attorney for Plaintiff