CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter E. Sanchez,<br><br>   Plaintiff,<br><br>   v.<br><br>William N. Hallman;<br>Kathleen L. Hallman;<br>Davn Gas, Inc., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 2:14-CV-04015-BRO-FFM<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## **<u>NOTICE</u>**

PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: August 06, 2014        CENTER FOR DISABILITY ACCESS

                              /s/ Mark D. Potter
                          By: _____
                              Mark D. Potter
                              Attorneys for Plaintiff

1

Notice for Dismissal        Case: 2:14-CV-04015-BRO-FFM