JS-6

CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter E. Sanchez,<br><br>    Plaintiff,<br><br>  v.<br><br>William N. Hallman;<br>Kathleen L. Hallman;<br>Davn Gas, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-04015-BRO-FFM<br>ORDER ON<br>**NOTICE OF DISMISSAL &**<br>**ORDER THEREON** |

### NOTICE

PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: August 06, 2014    CENTER FOR DISABILITY ACCESS

By: /s/ Mark D. Potter
―――――――――――――――――
Mark D. Potter
Attorneys for Plaintiff

1

Notice for Dismissal    Case: 2:14-CV-04015-BRO-FFM

**IT IS SO ORDERED.**

DATE: AUGUST 15, 2014

[signature]

UNITED STATES DISTRICT JUDGE